**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ESTATE OF MICHELLE EVETTE
McCALL, et al,

    Plaintiffs,

vs.                                      CASE NO.: 3:07cv508/MCR/EMT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER TO VACATE**

    Due to a scrivener's error contained in the Notice of Constitutional Challenge to State Statute entered this date (doc. 51), the order is VACATED and a new notice shall issue.

    **DONE and ORDERED** this 19th day of May, 2009.

                                              *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**